IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARVEY PATRICK SHORT, *Plaintiff,* v. CHIEF SHAWN PAYNE and OFFICER PARKER, MILLBOURNE POLICE OFFICERS, *Defendants.* | CIVIL ACTION NO. 15-5873 |

## ORDER

**AND NOW**, this 20th day of April, 2016, upon consideration of Defendants' Motion to Dismiss (ECF No. 6), Plaintiff Harvey Patrick Short's ("Short") Response (ECF No. 7) and Defendants' Reply (ECF No. 8), along with Short's Motion for Leave to File an Amended Complaint (ECF No. 9) and Defendants' Response (ECF No. 10), it is **ORDERED** that:

1. Short's motion is **DENIED**;
2. Defendants' motion is **GRANTED** and Short's claims are accordingly **DISMISSED** with prejudice; and
3. The Clerk of Court shall close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1